UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARMEN CHACHA,

                              Plaintiff,

            -v-

NUEVA ERA FLOWER CORP. *et al.*,

                              Defendants.

23-CV-738 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      On January 30, 2023, the Court ordered the Plaintiff to file a letter with the Court by February 14, 2023, showing cause why this action should not be transferred to the Eastern District of New York, where the Plaintiff and Defendant reside and where the actions giving rise to the Plaintiff's alleged grievance occurred. The Court has received no response. Therefore, this action is hereby transferred to the Eastern District of New York.

      The Clerk of Court is directed to transfer this case to the Eastern District of New York.

      SO ORDERED.

Dated: April 27, 2023
       New York, New York

                                                    J. PAUL OETKEN
                                                United States District Judge